UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERMY F. PACPACO,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>FIRST HAWAIIAN BANK,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cv-00256-JCM-PAL<br><br>ORDER<br><br>(Mot Consolidate – Dkt. #17) |

Before the court is First Hawaiian Bank's Motion to Consolidate with Case No. 2:15-cv-00255-GMN-GWF (Dkt. #17). Shortly after the motion was filed, counsel for Defendant filed a notice of settlement in both cases advising the court that a settlement had been reached and the parties were in the process of finalizing formal settlement documents.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Motion to Consolidate (Dkt. #17) is **DENIED without prejudice**.
2. The parties shall have until May 28, 2015, in which to file a stipulation for dismissal with prejudice if they have finalized their settlement, or a joint status report indicating when the stipulation to dismiss will be filed.

DATED this 7th day of May, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1